IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY 26 AM 11:17

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

**IN RE INDICTMENT**

CHRIS NEWTON and ) Cr. No. 05-20205
CHARLES LOVE, )
  )
Defendants. )

## ORDER SEALING INDICTMENT

Upon motion of the United States and for good cause shown, the indictment against the above-named defendants is hereby ordered sealed until the initial appearance of the first defendant or 11:00 a.m., May 26, 2005, whichever occurs first.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE
District

DATE: May 25, 2005

FILED IN OPEN COURT
DATE: 5/25/05
TIME: 4:00 PM
INITIALS: JPW

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 5-26-05

(4)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CR-20205 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT