FILED BY _____ _D.C.

UNITED STATES DISTRICT COURT  05 JUN -7 AM 8: 33

Robert R. Di Trolio  
Clerk of Court

Robert R. Di Trolio  
CLERK, U.S. DIST. CT.  
Memphis  OF TN  901-495-1200  
Fax            901-495-1250  
Jackson        901-427-6586  
Fax            901-427-9210

DATE:    June 7, 2005

NOTICE TO ALL PARTIES

RE:      CRIMINAL CASE NO.   2:05cr20205  Ml/A  
         UNITED STATES OF AMERICA vs. Charles Love

   ____  RULE 20 (Consent to Transfer of Case for Plea and Sentence)

   XX    RULE 40 TRANSFER

Documents, Appearance bond; Order setting conditions of release; report of proceedings before US Magistrate; Waiver of identity/removal hearing; courtroom minutes held 5/27/05, as to the above-named defendant, have been received from the United States District Court, Eastern District of Tennessee. Please refer to document #7 in the case record.

Sincerely,

ROBERT R. Di TROLIO,  
Clerk of Court

BY: _____  
   Deputy Clerk

cc: Mag. S. Thomas Anderson  
    Casemanager

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CR-20205 was distributed by fax, mail, or direct printing on June 7, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bryan H. Hoss
DAVIS & HOSS
508 East 5th St
Chattanooga, TN 37403

Honorable Jon McCalla
US DISTRICT COURT