IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION



05 JUN 15 PM 3:41

**UNITED STATES OF AMERICA**

v.

**CHARLES LOVE**      05cr20204-2-B
                     05cr20205-2-Ml ✓

## ORDER ON ARRAIGNMENT

This cause came to be heard on _June 15, 2005_ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Brian Hoss_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

✓ The defendant, who is not in custody, may stand on his present bond.
___ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
UNITED STATES MAGISTRATE JUDGE

CHARGES -18:1951
INTERFERENCE WITH COMMERCE BY THREAT OR VIOLENCE

Attorney assigned to Case: T. DiScenza

Age: 55

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _6-16-05_

13

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CR-20205 was distributed by fax, mail, or direct printing on June 16, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bryan H. Hoss
DAVIS & HOSS
508 East 5th St
Chattanooga, TN 37403

Honorable Jon McCalla
US DISTRICT COURT