IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>Chris Newton<br>Charles Love<br><br><br><br>    Defendant(s). | )<br>)<br>)<br>)<br>)<br>)  Criminal No. 05-20205-M1<br>)<br>)<br>)  (60-Day Continuance)<br>)<br>)<br>)  FILED IN OPEN COURT<br>)  DATE: 6/22/05<br>)  TIME: 10:05 Am<br>)  INITIALS: JPW<br>) |

CONSENT ORDER ON CRIMINAL CASE CONTINUANCE
AND EXCLUSION OF TIME

As indicated by the signatures below, the United States, through its Assistant United States Attorney, and counsel for the defendant(s) have agreed that, for good cause, this case should be continued for reasons resulting in the exclusion of time under the Speedy Trial Act. The case is currently set on the July 2005, criminal rotation calendar, but is now RESET for report at 8:45 a.m. on Tuesday, August 23, 2005, with trial to take place on the September, 2005, rotation calendar with the time excluded under the Speedy Trial Act through September 16, 2005. Agreed in open court at report date this 22nd day of June, 2005.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-22-05

20

SO ORDERED this 22nd day of June, 2005.

*[signature]*
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

*[signature: Timothy DiScenza]*
Assistant United States Attorney

*[signature: Brian Faughnan by permission]*

*[signature: Hugh J. Moore Jr.]*
Counsel for Defendant(s)



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CR-20205 was distributed by fax, mail, or direct printing on June 22, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Hugh J. Moore
WITT GAITHER & WHITAKER
736 Market St.
1100 Suntrust Bank Bldg.
Chattanooga, TN 37402--260

Bryan H. Hoss
DAVIS & HOSS
508 East 5th St
Chattanooga, TN 37403

Honorable Jon McCalla
US DISTRICT COURT