**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

FILED BY _____ D.C.

05 JUL 15 AM 9: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 2:05-cr-20205-1 Ml |
| CHRIS NEWTON and CHARLES LOVE, | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |

---

## ORDER GRANTING MOTION TO CONTINUE

---

Before the Court is Defendant J. Christopher Newtwon's Motion to Continue, filed July 8, 2005. Good cause having been shown, and the United States having no objection, Defendant's motion is GRANTED.

On June 22, 2005, Defendant in this cause was arraigned and the United States Magistrate Judge entered an Order on Arraignment requiring that all motions be filed within thirty (30) days of that date. The Court hereby extends the motion deadline set by the magistrate judge's June 22, 2005, order until August 23, 2005.

So ORDERED this /4 day of July, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

33

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 33 in case 2:05-CR-20205 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Thomas Greenholtz
SHUMACKER WITT GAITHER & WHITAKER
1100 Sun Trust Bank Bldg
736 Market St
Chattanooga, TN 37402

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bryan H. Hoss
DAVIS & HOSS
508 East 5th St
Chattanooga, TN 37403

Hugh J. Moore
SCHUMAKER WITT GAITHER & WHITAKER, P.C.
736 Market St.
1100 Suntrust Bank Bldg.
Chattanooga, TN 37402--260

Honorable Jon McCalla
US DISTRICT COURT