FILED BY ____ D.C.

05 JUL 19 PM 4: 44

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY ____ D.C.

2005 JUL -5 AM 9: 31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

IN RE: ELECTRONIC SURVEILLANCE
ORDER 05-WT-001 and EXTENSIONS.

05-20201
05-20202
05-20203
05-20204
No. 05-WT-001
05-20205-ML

MOTION GRANTED
JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
7/20/05

MOTION TO ALLOW DISCLOSURE OF
SEALED TITLE III MATERIALS IN DISCOVERY

Comes now the United States of America, and hereby requests the Court to authorize the provision to defense counsel in *United States v. Ward Crutchfield and Charles Love*, 05-20204-B; *United States v. Chris Newton and Charles Love*, 05-20205-M1; *United States v. John Ford*, 05-20201-B; *United States v. Roscoe Dixon and Barry Myers*, 05-20202-M1; and *United States v. Kathryn Bowers and Barry Myers*, 05-20203-M1 of copies of the followling:

1. Redacted portions of Title III applications, orders and affidavits in Miscellaneous No. 05-WT-001(W.D.TN.) and all orders, applications and affidavits submitted requesting extension or modification of that order.

2. Copies of audio and visual interceptions which were obtained as a result of said orders, to the extent that said interceptions are relevant as discovery material, or other material appropriately furnished to defense counsel.

At the government's request, sealing orders were issued to preserve the integrity of the ongoing investigation. The government is seeking the Court's permission to provide in

This document entered on the docket sheet in compliance
Rule 55 and/or 32(b) FRCrP on 7-20-05

(35)

discovery documents that were submitted to the Court to obtain said order and the fruits of investigation as appropriately disclosed to the defense attorneys in the above-captioned cases.

The United States also requests that it be allowed to redact said applications, orders and affidavits, editing those matters that are not material to the current indictments, as the affidavits, orders and applications contain information concerning lines of investigation that are not yet completed and individuals who have not been charged in a criminal case. If this information is disclosed to the general public, those lines of investigation may be compromised. In addition, the rights of individuals mentioned but not charged may be prejudiced. For these reasons, the government also requests that the disclosure be limited to providing the discovery to defense counsel and their clients, and that the documents made available to the attorneys for the defendants be subject to a protective order limiting the dissemination of this information.

        Respectfully submitted,

        TERRELL L. HARRIS
        UNITED STATES ATTORNEY

By:   TIMOTHY R. DISCENZA
      Assistant United States Attorney
      167 N. Main, Room 800
      Memphis, Tennessee 38103
      (No. 008716 Tennessee)
      901-544-4231

## CERTIFICATE OF SERVICE

I, TIMOTHY R. DISCENZA, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion and the proposed order were mailed, first class postage prepaid, to the following:

counsel for defendant Crutchfield

William H. Farmer, Esq.
Jonathan P. Farmer, Esq.
333 Union Street, Suite 300
Nashville, Tennessee 37201

counsel for defendant Dixon

Walter L. Bailey, Jr., Esq.
The Walter Bailey Law Firm, LLP
100 North Main, Suite 3002
Memphis, Tennessee 38103

counsel for defendant Bowers

Lorna S. McClusky, Esq.
Massey McClusky
3074 East Street
Memphis, Tennessee 38128

counsel for defendant Myers

Leslie I. Ballin, Esq.,
Ballin, Ballin & Fishman, P.C.
200 Jefferson Avenue, Suite 1250
Memphis, Tennessee 38103

counsel for defendant Ford

Michael E. Scholl, Esq.
The Scholl Law Firm
8 South Third, Fourth Floor
Memphis, Tennessee 38103

counsel for defendant Love

Bryan H. Hoss, Esq.
DAVIS & HOSS
508 East 5th Street
Chattanooga, TN 37403

counsel for defendant Newton

Hugh J. Moore, Jr., Esq.
736 Market Street
1100 Suntrust Bank Bldg.
Chattanooga, TN 37402-2608

This _____5_____ day of June, 2005.

Respectfully submitted,
TERRELL L. HARRIS
UNITED STATES ATTORNEY

By:   TIMOTHY R. DISCENZA
Assistant United States Attorney

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 35 in case 2:05-CR-20205 was distributed by fax, mail, or direct printing on July 20, 2005 to the parties listed.

---

Thomas Greenholtz
SHUMACKER WITT GAITHER & WHITAKER
1100 Sun Trust Bank Bldg
736 Market St
Chattanooga, TN 37402

Bryan H. Hoss
DAVIS & HOSS
508 East 5th St
Chattanooga, TN 37403

Hugh J. Moore
SCHUMAKER WITT GAITHER & WHITAKER, P.C.
736 Market St.
1100 Suntrust Bank Bldg.
Chattanooga, TN 37402--260

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT