IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:05-cr-20205-1 Ml |
| CHRIS NEWTON and CHARLES LOVE, ) | |
| Defendants. ) | |

### ORDER SETTING TELEPHONE CONFERENCE

A telephone conference in this cause has been set for Monday, July 25, 2005, at 3:00 p.m. During the conference, the parties should be prepared to discuss Defendant Newton's request for disclosure of un-redacted Title III materials in discovery and Defendant Newton's pending motion to dismiss for lack of proper venue or, alternatively, to transfer case.

The Court will initiate the call to the parties. All parties and counsel shall inform the Court of a telephone number at which they may be reached prior to the conference.

So ORDERED this 19 day of July, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 7-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 38 in case 2:05-CR-20205 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Bryan H. Hoss
DAVIS & HOSS
508 East 5th St
Chattanooga, TN 37403

Hugh J. Moore
SCHUMAKER WITT GAITHER & WHITAKER, P.C.
736 Market St.
1100 Suntrust Bank Bldg.
Chattanooga, TN 37402--260

Thomas Greenholtz
SHUMACKER WITT GAITHER & WHITAKER
1100 Sun Trust Bank Bldg
736 Market St
Chattanooga, TN 37402

Honorable Jon McCalla
US DISTRICT COURT