IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUL 26 AM 8:31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 2:05-cr-20205-1 Ml |
| CHRIS NEWTON and CHARLES LOVE, ) | |
| Defendants. ) | |

## ORDER FOLLOWING TELEPHONE CONFERENCE

A telephone conference in this cause was held on July 25, 2005, at 3:00 p.m. The United States was represented at the conference by Timothy DiScenza, Esq. Defendant Charles Love was represented by Bryan Hoss, Esq. Defendant Newton was represented by Hugh Moore, Esq. and Thomas Greenholtz, Esq.

During the conference, the United States agreed to disclose redacted Title III materials by Friday, July 29, 2005. Defendants shall make all objections regarding redacted materials by no later than Friday, August 19, 2005. Said objections are referred to the United States Magistrate Judge for determination.

So ORDERED this 25 day of July, 2005.

_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on 7-26-05

(39)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:05-CR-20205 was distributed by fax, mail, or direct printing on July 26, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Thomas Greenholtz
SHUMACKER WITT GAITHER & WHITAKER
1100 Sun Trust Bank Bldg
736 Market St
Chattanooga, TN 37402

Hugh J. Moore
SCHUMAKER WITT GAITHER & WHITAKER, P.C.
736 Market St.
1100 Suntrust Bank Bldg.
Chattanooga, TN 37402--260

Bryan H. Hoss
DAVIS & HOSS
508 East 5th St
Chattanooga, TN 37403

Honorable Jon McCalla
US DISTRICT COURT